UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQVILLE HUSTON, | No. 2:21-cv-2277 AC P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO SUPERIOR COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The petition does not specify any grounds for relief. Petitioner failed to complete the portion of the form petition which calls for a statement of his claims for relief and the facts supporting each claim. See ECF No. 1 at 4-5. The form petition instructs petitioner to identify "every ground on which you claim that you are being held unlawfully," and to "[s]ummarize *briefly* the *facts* supporting each ground." Id. at 3 (item 12). The court cannot review a petition that does not specify any federal claims. Accordingly, petitioner will be directed to file a First Amended Petition. The form petition must be completed in its entirety.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send petitioner a copy of the Court's 28 U.S.C. § 2254 petition for writ of habeas corpus, and

2. Within thirty days of the date of this order, petitioner shall file a First Amended Petition.

DATED: January 31, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE