UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQVILLE HUSTON,<br><br>　　　Petitioner,<br><br>　　v.<br><br>SACRAMENTO SUPERIOR COURT,<br><br>　　　Respondent. | No.  2:21-cv-2277 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Petitioner, a state prisoner proceeding pro se, seeks habeas relief pursuant to 28 U.S.C. § 2254 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF Nos. 2, 3.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 1, 2022, the undersigned directed petitioner to file a first amended petition and to do so within thirty days. ECF No. 8.  More than thirty days have passed, and petitioner has neither filed an amended petition nor responded to the court's order in any way.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this action.

　　　IT IS FURTHER RECOMMENDED that:

　　　1.  Petitioner's motion to proceed in forma pauperis (ECF No. 2) and his request for copies (ECF No. 3) be DENIED as moot, and

////

1

      2. This matter be DISMISSED for failure to prosecute. Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 29, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE