UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQVILLE HUSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SACRAMENTO SUPERIOR COURT, et al.,<br><br>　　　　　Respondents. | No.  2:21-cv-2277 TLN AC P<br><br><br>ORDER |

　　　Petitioner, a state prisoner proceeding pro se and in forma pauperis, seeks habeas relief pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 1, 2022, the original petition was screened and found to be deficient in content because it failed to specify any grounds for relief.  ECF No. 8 at 1.  As a result, petitioner was ordered to file a first amended petition ("FAP") and to do so within thirty days.  Id. at 2.

　　　Petitioner failed to timely file the FAP.  See ECF Nos. 9, 10.  Eventually, however, on June 2, 2022, the FAP was docketed.  ECF No. 12.  A review of it indicates that it, too, is deficient in content.  This is because it fails to answer Question 12, which asks petitioner to identify the claims he wishes to raise in this action.  See id. at 3-5.  Accordingly, petitioner will be ordered to file a second amended petition that is fully and properly completed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send petitioner another copy of the court's 28 U.S.C. § 2254 petitioner for writ of habeas corpus form, and

2. Within thirty days from the date of this order, petitioner shall file a fully completed second amended petition that identifies grounds for relief.

Petitioner is cautioned that failure to timely and fully comply with the court's order may result in a recommendation that this action be dismissed.

DATED: June 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE