1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAQVILLE HUSTON,                           No.  2:21-cv-2277 TLN AC P

12                      Petitioner,

13          v.                                     ORDER

14    SACRAMENTO SUPERIOR COURT, et
      al.,
15
                        Respondents.[1]
16

17

18          Petitioner, a state prisoner proceeding pro se and in forma pauperis, seeks a writ of habeas

19    corpus pursuant to 28 U.S.C. § 2254.  On June 28, 2022, petitioner was ordered to file a fully

20    completed second amended petition that states grounds for relief.  ECF No. 13.  He was provided

21    a blank copy of the court's for petition for writ of habeas corpus.  Id.  Petitioner has returned the

22    form, which remains blank, with a cover letter in which petitioner states that he does not know

23

24    [1]  The court notes for the record that petitioner is currently housed at the California State Prison –
      Corcoran.  See ECF No. 12 at 1.  Tammy L. Campbell is the current warden at that facility.  See
25    https://www.cdcr.ca.gov/facility-locator/cor/ (last visited July 20, 2022).  Therefore, the court
      shall direct the Clerk of Court to substitute her name as the respondent in this matter in lieu of
26    "Sacramento Superior Court" and "Corcoran State Prison."  See Brittingham v. United States,
      982 F.2d 378, 379 (9th Cir. 1992) (citation omitted) (stating proper respondent in federal habeas
27    corpus petition is petitioner's immediate custodian).

28

                                                  1

1  what to do.  ECF No. 14.  This submission has been docketed as a Second Amended
2  Petition/Reply.  Id. (docket entry).

3         The court cannot proceed on the basis of a blank habeas petition.  As petitioner has
4  previously been instructed, he must fill out the form to the best of his ability.  It is particularly
5  important for the form to provide the requested information about petitioner's conviction,
6  sentence, appeal, and any state habeas petitions.  Petitioner does not need to legal cite authority,
7  but should provide under "Grounds For Relief" the **_facts_** supporting each claimed constitutional
8  violation—for example: "my lawyer provided ineffective assistance of counsel when he [explain
9  what the lawyer did or didn't do that you think violated your rights]" or "the prosecutor violated
10  due process by hiding evidence that [describe the evidence that the prosecutor had but failed to
11  disclose that would have led to a not guilty verdict]."  These are merely examples; petitioner has
12  given no indication that his case includes the referenced issues.

13         This general information is all that the court can provide.  The court cannot give legal
14  advice or tell petitioner what claims he may have and how to plead them.

15         Petitioner will be granted a final chance to submit a completed petition.  The court will not
16  look back to previous, incomplete petitions that have been submitted.  Petitioner must put all
17  requested information about his case, and why he thinks the federal court should grant him relief,
18  on the form provided.  If petitioner fails to submit a petition that provides the necessary
19  information and specifies grounds for relief, the undersigned will recommend that this action be
20  dismissed.

21         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

22         1.      Send petitioner another copy of the court's 28 U.S.C. § 2254 petition for writ of
23  habeas corpus form, and

24         2.      Substitute "Tammy L. Campbell, Warden" for "Sacramento Superior Court" and
25  "Corcoran State Prison, Warden" in the case caption of the docket.

26  ////

27  ////

28  ////

2

1        IT IS FURTHER ORDERED that within thirty days of the date of this order, petitioner

2    shall file a fully completed third amended petition that clearly identifies his grounds for relief.

3    DATED: July 21, 2022

4    _____
     ALLISON CLAIRE
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28