Rob Bonta, State Bar No. 202668
Attorney General of California
Tami M. Krenzin, State Bar No. 183925
Supervising Deputy Attorney General
David Andrew Eldridge, State Bar No. 172100
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7753
 Fax:  (916) 324-2960
 E-mail:  David.Eldridge@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAQUILLE HUSTON,**<br><br>                                   Petitioner,<br><br>     v.<br><br>**TAMMY L. CAMPBELL, Warden,**<br><br>                                   Respondent. | 2:21-cv-2277 TLN AC P<br><br>~~[PROPOSED]~~ **ORDER** |

Good cause appearing, by November 2, 2022, Respondent shall file a response to the Petition for Writ of Habeas Corpus in accord with the Court's order issued August 5, 2022 (see ECF No. 17).

Dated: September 27, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:21-cv-2277 TLN AC P)