UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAQUILLE HUSTON,

Petitioner,

v.

SACRAMENTO SUPERIOR COURT, et al.,

Respondents.

No.  2:21-cv-2277 TLN AC P

ORDER

Petitioner has requested an extension of time to file and serve a traverse.  ECF No. 29.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 29) is GRANTED, and

2. Petitioner shall file and serve a traverse within thirty days from the date of this order.

DATED: November 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE